IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.,

    Plaintiffs,

  v.

JORGE E. QUINONES, et al.,

    Defendants.
                                       /

No. C 09-00272 WDB

**ORDER REMOVING INCORRECTLY FILED DOCUMENT FROM DOCKET**

    IT IS HEREBY ORDERED that the document named Exhibit D to the Hagan Declaration, filed electronically as Docket Number 23 on August 4, 2009, be REMOVED from the docket.  Plaintiffs' counsel must file a redacted version of the exhibit in compliance with General Order 53.

**IT IS SO ORDERED.**

Dated: August 6, 2009

                                                     WAYNE D. BRAZIL
                                                     United States Magistrate Judge